# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lewis German <br> Mary Hunter German**,** <br><br> Plaintiff(s), <br><br> vs. <br><br> Stevens Worldwide Van Lines, Inc. <br> Bekins Van Lines, Inc.**,** <br> Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | JUDGMENT IN CASE <br><br> 3:19-cv-00558-FDW-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2020 Order.

October 23, 2020

_____

Frank G. Johns, Clerk
United States District Court